S.D.N.Y.– N.Y.C.
93-cr-180
22-cv-3267
Kaplan, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-five.

Present:
> John M. Walker, Jr.,
> Beth Robinson,
>> *Circuit Judges.*\*

---

Mohammad Salameh,

        *Petitioner-Appellant*,

v.                                                                                          23-6742

United States of America,

        *Respondent-Appellee*.

---

Appellant, pro se, moves for a certificate of appealability and appointment of counsel. Upon due consideration, it is hereby ORDERED that the motions are DENIED, and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court



---

\* Judge Bianco has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.