**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 24, 2025
Docket #: 23-6742
Short Title: Salameh v. United States of America

DC Docket #: 1:22-cv-3267
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Lewis A. Kaplan

## CASE STATUS UPDATE NOTICE

In response to your letter dated February 21, 2025, your appeal is disposed. Please note the attached copy of the docket sheet. You may file a motion for reconsideration by March 3, 2025.

Inquiries regarding this case may be directed to 212-857-8565